UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT THOMAS GUTHRIE,

            Plaintiff,

v.

SNOHOMISH COUNTY,

            Defendant.

Case No. C15-31 RSL-BAT

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion for preliminary injunction (Dkt. 10) is **DENIED.**

(3) The Clerk of Court is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

    Dated this 4th day of March, 2015.

                                        ROBERT S. LASNIK
                                        United States District Judge