UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT THOMAS GUTHRIE,

              Plaintiff,

  v.

SNOHOMISH COUNTY, *et al*.,

              Defendants.

Case No. C15-31 RSL-BAT

**ORDER OF DISMISSAL OF CLAIMS AGAINST DEFENDANT TY TRENARY**

The Court, having reviewed Plaintiff's amended complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, plaintiff's request for an extension of time and appointment of counsel, and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation (Dkt. #35).

(2)     Defendant Ty Trenary's motion for summary judgment (Dkt. # 23) is **GRANTED;** plaintiff's claims against defendant Ty Trenary are DISMISSED with prejudice and without costs.

(3)     Plaintiff's request for an extension of time and appointment of counsel (Dkt. # 43) is DENIED.

Dated this 20th day of May, 2015.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL OF CLAIMS AGAINST DEFENDANT
TY TRENARY - 1