UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT THOMAS GUTHRIE,

                Plaintiff,

  v.

SNOHOMISH COUNTY, STUART ANDREWS, C/O SIGH,

                Defendants.

No. C15-31 RSL-BAT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Brian A. Tsuchida, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    This action is **DISMISSED** pursuant to Rule 25 of the Federal Rules of Civil Procedure.

**DATED** this 24th day of May, 2016.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1